AUSA Budlow

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

9:04 am, Aug 18 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___________Deputy

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A HARD DRIVE CONTAINING FORENSIC EXTRACTIONS OF TARGET DEVICES DESCRIBED IN ATTACHMENT A

Case No. 22 mj 2153 MJM

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ____________ District of Maryland, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2260(a) | Production of child pornography with intent to import to the United States |
| 18 U.S.C. § 2423(b) and (c) | Travel with intent to engage in illicit sexual conduct or residing in a foreign country and engaging in illicit sexual conduct |

The application is based on these facts:

See affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* __________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the ~~attached~~ sheet.

*Applicant's signature*

Scott Schoenhardt, Special Agent, FBI

*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 7/25/22

*Judge's signature*

City and state: Baltimore, Maryland

Hon. Matthew J. Maddox, U.S. Magistrate Judge

*Printed name and title*